**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Ron Cleon Johnson
Riverbend Detention Center DOC No. 150833
9450 Hwy. #65 South, Dorm F
Lake Providenc LA 71254

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on October 30, 2024

**REHEARING ACTION: October 30, 2024**

**Docket Number: 24   00485-KH**

**STATE OF LOUISIANA**
**VERSUS**
**RON CLEON JOHNSON**

**Writ Application from Natchitoches Parish Case No. C 32761**

**BEFORE JUDGES:**

> **Hon. Van H. Kyzar**
> **Hon. Sharon Darville Wilson**
> **Hon. Wilbur L. Stiles**

As counsel of record in the captioned case, you are hereby notified that the ruling on the

application for rehearing filed by **Ron Cleon Johnson** is:

> **REHEARING DENIED:**  *See* Uniform Rules – Courts of Appeal,
> Rule 2-18.7.

cc: Billy Joseph Harrington, Counsel for  the Respondent